# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WUDENEH ZEWDIE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-17-0263-HE |
| | ) |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendant Safeco Insurance Company of America and against plaintiff Wudeneh Zewdie.

**IT IS SO ORDERED**.

Dated this 19th day of January, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE